**Fill in this information to identify the case:**

Debtor Name _1001 WL LLC_

United States Bankruptcy Court for the: Western District of Texas ⬇

Case number: _24-10119_

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _March_

Date report filed: _04/23/2024_
MM / DD / YYYY

Line of business: _Real Estate_

NAISC code: _5311_

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _Drew Dennett_

Original signature of responsible party _[signature]_

Printed name of responsible party _Drew Dennett_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. Have you paid all of your bills on time? | ❑ | ☑ | ❑ |
| 4. Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❑ | ❑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name 1001 WL LLC

Case number 24-10119

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 136,138.28

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 135,963.01

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 103,125.40

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 32,837.61

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 168,975.89

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 39,589.01

   *(Exhibit E)*

Debtor Name  1001 WL LLC                                          Case number 24-10119

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                        $ _____ 0.00
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                     _____ 0
27. What is the number of employees as of the date of this monthly report?        _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 0.00
30. How much have you paid this month in other professional fees?                                        $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                       $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 149,589.66 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 103,087.99 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 46,510.67 | = | $ _____ |

35. Total projected cash receipts for the next month:                    $ 149,598.66
36. Total projected cash disbursements for the next month:              − $ 112,668.47
37. Total projected net cash flow for the next month:                   = $ 36,930.19

Debtor Name  1001 WL LLC

Case number 24-10119

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Aged Payables Summary

| | | Rent collected | |
|---|---|---|---|
| **Properties:**1001 West Loop South Houston, TX 77027 | | $149,598.66 | |
| April | | | |
| **Payee Name** | **Due** | | |
| **1001 West Loop - 1001 West Loop South Houston,** | | | |
| Cirro Energy | $16,653.27 | 3/15/2024 | |
| City of Houston Water | $21,000.00 | 3/18/2024 | * |
| Comflow Mechanical Services | $963.43 | 3/15/2024 | |
| J & J Fire Safety | $108.25 | 2/7/2024 | |
| Datawatch Systems | $2,206.35 | 3/1-3/3 | |
| Cleaning Advanced Systems, Inc | $23,138.40 | 2/5-3/01 | |
| Convergint Technologies LLC | $670.00 | 2/22-2/28 | |
| Mueller Water Conditioning Inc. | $320.00 | 4/1/2024 | |
| Nationwide Investigation & Security Inc. | $3,273.48 | 4/1-4/15 | |
| Crystal Cleaning Serivces, LLC | $10,178.59 | 4/8/2024 | |
| The Hanover Insurance Group | $19,591.91 | 3/22/2024 | |
| Waste Management | $951.60 | 3/25/2024 | |
| Polk Mechanical Company LLC | $2,687.87 | 2/9/2024 | |
| Capital Premium Financing | $1,327.84 | 3/19/2024 | |
| City of Houston Permit Center | $3,437.48 | 4/12/2024 | |
| Maintenance | $5,010.00 | 4/15/2024 | |
| Landscape | $1,000.00 | 4/30/2024 | |
| ATT Internet | $150.00 | 4/1/2024 | |
| | | | |
| | **112,668.47** | | |
| | | | |
| * Due $10,787.35 $10,212.65 per pymt arrangement | | | |
| Per cash collateras approved $38K | | | |
| Balance left was $346.73 | | | |

# Navigate Business Checking<sup>SM</sup> 1.1

March 31, 2024 ■ Page 1 of 4



1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)
2450 WICKERSHAM LN APT 202
AUSTIN TX 78741-4744

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $25.00 |
| Deposits/Credits | 272,076.29 |
| Withdrawals/Debits | - 103,125.40 |
| Ending balance on 3/31 | $168,975.89 |

Account number: ██████ 7722

1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

For Wire Transfers use
Routing Number (RTN): ████████

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.33 |
| Average collected balance | $156,757.71 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.33 |
| Interest paid this year | $1.33 |
| Total interest paid in 2023 | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | WT Fed#00026 Bank of Houston /Org=Galleria Loop Note Holder LLC Srf# 2281256815 Trn#240301113625 Rfb# | 136,113.28 | | 136,138.28 |
| 3/4 | | Homesmart Payment 240304 720577 | 7,145.75 | | |
| 3/4 | | Deposit Made In A Branch/Store | 11,602.13 | | 154,886.16 |
| 3/5 | | WT Fed#00445 Simmons Bank /Org=Transact Title LLC Srf# W000002090353 Trn#240305164658 Rfb# | 11,223.21 | | 166,109.37 |
| 3/6 | | Deposit Made In A Branch/Store | 10,013.44 | | |
| 3/6 | | WT Fed#02970 US Bank, NA /Org=Derek L Rippy Srf# 240306B016Yx Trn#240306113024 Rfb# 240306B016Yx | 1,600.00 | | |
| 3/6 | | Deposit Made In A Branch/Store | 11,745.91 | | 189,468.72 |
| 3/8 | | Palladium Cnslt 1001 WI 1001 WI LLC March Rent, Expero Suite 745 | 15,423.95 | | |
| 3/8 | | Deposit Made In A Branch/Store | 5,100.00 | | 209,992.67 |
| 3/12 | | Harland Clarke Check/Acc. 031124 00685227575482 !__! WI LLC | | 37.41 | 209,955.26 |
| 3/13 | | Deposit Made In A Branch/Store | 3,500.00 | | 213,455.26 |
| 3/14 | | Capital Premium Ins. Pmt 240314 1001 WI, LLC | | 1,277.84 | |
| 3/14 | < | Business to Business ACH Debit - The Hanover Insu BILLPAY 240313 The Hanover Ins 1001 WI LLC | | 42,285.14 | 169,892.28 |
| 3/18 | | Deposit Made In A Branch/Store | 1,750.00 | | |
| 3/18 | 1006 | Deposited OR Cashed Check | | 3,347.00 | |
| 3/18 | | Usr Electricbill 0391D 000011593247 Jetall Companies, Inc | | 18,907.57 | |
| 3/18 | | City of Houston Water Bill 240315 58035549116 1001 West Loop Lp | | 25,000.00 | 124,387.71 |
| 3/19 | | Waste Management Internet 240315 043000095172210 LLC 1001 WI | | 1,000.00 | 123,387.71 |
| 3/26 | 1003 | Check | | 1,055.44 | |
| 3/26 | 1005 | Check | | 2,206.35 | |
| 3/26 | 1004 | Check | | 8,008.65 | 112,117.27 |
| 3/28 | | Palladium Cnslt 1001 WI 1001 WI LLC April Rent, Suite 745 Expero Inc | 15,423.95 | | 127,541.22 |
| 3/29 | | Champions School Quickbooks 240329 xxxxx3772 1001 WI LLC | 41,433.34 | | |
| 3/29 | | Interest Payment | 1.33 | | 168,975.89 |
| Ending balance on 3/31 | | | | | 168,975.89 |
| Totals | | | $272,076.29 | $103,125.40 | |



Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1003 | 3/26 | 1,055.44 | 1005 | 3/26 | 2,206.35 | 1006 | 3/18 | 3,347.00 |
| 1004 | 3/26 | 8,008.65 | | | | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2024 - 03/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $10,000.00 | $112,117.27 ☑ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $156,827.69 ☑ |
|    - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|    - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|    - Average ledger balance in your Business Time Account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 19 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

March 31, 2024 ■ Page 4 of 4

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                                  TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**BANK** of **HOUSTON**
*Established 1893*

4400 Post Oak Parkway, Suite 250
Houston, TX 77027
**Return Service Requested**

00001381 TBOHNDDS040324120359 01 000000000 0001397 002

GALLERIA LOOP NOTE HOLDER LLC
1001 WEST LOOP S STE 700
HOUSTON TX 77027-9033

**FINAL STATEMENT**

| | |
|---|---|
| Account Number | XXXXXX3147 |
| Statement Date | 03/29/2024 |
| Statement Thru Date | 03/31/2024 |
| Checks/Items Enclosed | 0 |
| Page of Pages | 1 of 1 |

### Customer Service Information

**24/7 Banking:** 1.888.471.3891
**Customer Support:**
Houston Customers: 1.713.497.1515
Dublin Customers: 1.254.445.2213

**Written Inquiries:**
4400 Post Oak Parkway, Suite 250
Houston, TX 77027

**Visit us Online:**
www.bohbank.com

---

## COMMERCIAL ANALYSIS                    Account Number: XXXXXX3147

**Account Owner(s):** GALLERIA LOOP NOTE HOLDER LLC

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/2024** | **$136,113.28** |
| + Deposits and Credits (0) | $0.00 |
| - Withdrawals and Debits (1) | $136,113.28 |
| **Ending Balance as of 03/31/2024** | **$0.00** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $0.00 |

### DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Mar 01 | BENE:1001 WL LLC TRN:P202403010066685 | 136,113.28 |

### DAILY BALANCE SUMMARY

| Date | Balance | | |
|---|---|---|---|
| Mar 01 | 0.00 | | |



MONTH_____20_____

**THIS FORM IS PROVIDED TO HELP BALANCE YOUR BANK STATEMENT**

**CHECKS OR WITHDRAWALS OUTSTANDING - NOT CHARGED TO ACCOUNT**

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT  $ _____

**ADD +** DEPOSITS NOT
CREDITED ON THIS  $ _____
STATEMENT (IF ANY)

_____

_____

TOTAL  $ _____

**SUBTRACT -** CHECKS OR
WITHDRAWALS OUTSTANDING  $ _____

BALANCE  $ _____

SHOULD AGREE WITH YOUR RECORD AFTER
DEDUCTING SERVICE CHARGE (IF ANY) SHOWN
ON THIS STATEMENT.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at **(713) 497-1515** or write us at **Bank of Houston, 4400 Post Oak Parkway Ste 250 Houston, TX 77027** as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error of the problem appeared.

1)  Tell us your name and account number (if any).

2)  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

00001381 0004732 0000-0001 TBOHNDDS040324120359 01  L  00001397