# UNITED STATES BANKRUPTCY COURT

Western DISTRICT OF Texas

In Re. 1001 WL LLC §

§

§

§

Debtor(s)

Case No. 21-10119

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/29/2024

Petition Date: 02/06/2024

Months Pending: 1

Industry Classification: 5 3 1 1

Reporting Method:    Accrual Basis ○    Cash Basis ⊙

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Angelo DeCaro

Signature of Responsible Party

07/05/2024

Date

Angelo DeCaro

Printed Name of Responsible Party

10915 Hidden Caves Way, ,Austin, TX, 78726

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  1001 WL LLC                                    Case No.  21-10119

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $50,307 | |
| b. Total receipts (net of transfers between accounts) | $89,299 | $0 |
| c. Total disbursements (net of transfers between accounts) | $3,468 | $0 |
| d. Cash balance end of month (a+b-c) | $136,138 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $3,468 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory  (Book ○  Market ○  Other ◉  (attach explanation)) | $0 | |
| d. Total current assets | $136,138 | |
| e. Total assets | $72,136,138 | |
| f. Postpetition payables (excluding taxes) | $114,162 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $45,833 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $159,995 | |
| k. Prepetition secured debt | $26,177,386 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $827,440 | |
| n. Total liabilities (debt) (j+k+l+m) | $27,164,821 | |
| o. Ending equity/net worth (e-n) | $44,971,317 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $155,476 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $114,163 | |
| c. Gross profit (a-b) | $41,313 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $45,833 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-4,490 | $-4,490 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  1001 WL LLC                                    Case No.  21-10119

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name  1001 WL LLC                                        Case No.  21-10119

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name 1001 WL LLC                                   Case No. 21-10119

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name  1001 WL LLC                                          Case No.  21-10119

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name 1001 WL LLC                                      Case No. 21-10119

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                                      7

Debtor's Name  1001 WL LLC

Case No.  21-10119

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $45,833 | $45,833 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name  1001 WL LLC                                    Case No.  21-10119

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Angelo DeCaro                                    Angelo DeCaro
_____                              _____
Signature of Responsible Party                       Printed Name of Responsible Party

Consultant                                           07/05/2024
_____                              _____
Title                                                Date

Debtor's Name 1001 WL LLC                                      Case No. 21-10119



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name 1001 WL LLC

Case No. 21-10119

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name 1001 WL LLC                    Case No. 21-10119



PageThree



PageFour

**1001 W Loop S**
**Cash Flow Statement**

Case Number:  24-10119

| | Beginning Cash | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | $ 79,824 | $ 140,139 | $ 135,988 | $ 150,298 | $ 189,764 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating Expenses** | | | | | | | | | | | |
| Fire Safety | $ - | $ - | $ 3,262 | $ 210 | $ 210 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs & Maintenance | $ - | $ 1,723 | $ 11,356 | $ 4,908 | $ 36,495 | $ - | $ - | $ - | $ - | $ - | $ - |
| Security | $ - | $ - | $ - | $ 3,273 | $ 6,859 | $ - | $ - | $ - | $ - | $ - | $ - |
| Cleaning & Maintenance | $ - | $ - | $ - | $ 15,684 | $ 16,257 | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities | $ - | $ 16,710 | $ 43,908 | $ 37,653 | $ 52,922 | $ - | $ - | $ - | $ - | $ - | $ - |
| Insurance | $ - | $ 1,278 | $ 43,563 | $ 20,920 | $ 41,698 | $ - | $ - | $ - | $ - | $ - | $ - |
| Telephone & Internet | $ - | $ 134 | $ - | $ - | $ 225 | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees | $ - | $ 35,957 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Waste Removal | $ - | $ - | $ 1,000 | $ 950 | $ 1,728 | $ - | $ - | $ - | $ - | $ - | $ - |
| Licenses & Permits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Bank Fees | $ - | $ 334 | $ 37 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Treatment | $ - | $ - | $ - | $ 320 | $ 320 | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Expense | $ - | $ 27,715 | $ - | $ 54 | $ 3,375 | $ - | $ - | $ - | $ - | $ - | $ - |
| Administration | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Operating Expenses** | $ - | $ 83,850 | $ 103,125 | $ 83,972 | $ 160,088 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Professional Fees** | | | | | | | | | | | |
| US Trustee | | | $- | | $250 | $- | | | $- | | |
| **Total Professional Fees** | $- | $- | $- | $- | $250 | $- | $- | $- | $- | $- | $- |
| **Net Cashflow** | $ 79,824 | $ 56,289 | $ 32,863 | $ 66,325 | $ 29,426 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cumulative Cashflow** | $ 79,824 | $ 136,113 | $ 168,976 | $ 235,301 | $ 264,728 | $ 264,728 | $ 264,728 | $ 264,728 | $ 264,728 | $ 264,728 | $ 264,728 |

**1001 W Loop S**

**Cash Collateral**

**Income**

   **Rental Income**

**Operating Expenses**

| | | |
|---|---|---|
| **Fire Safety** | | $3,441.35 |
| FirePro | $195.00 | |
| Kings 111 Emergey Communications (Qtrly) | $1,040.00 | |
| Datawatch | $2,206.35 | |
| **Repairs & Maintenance** | | $15,008.65 |
| TK Elevator Maintenance (Qtrly) | $8,008.65 | |
| Maintenance Crew | $5,000.00 | |
| Supplies (Various Stores) | $2,000.00 | |
| **Security** | | $3,932.64 |
| Nationwide Security | $3,932.64 | |
| **Cleaning & Maintenance** | | $22,125.13 |
| Cleaning Advancced | ###### | |
| **Utilities** | | $48,000.00 |
| Cirro Electric | ###### | |
| City of Houston water | ###### | |
| **Insurance** | | $43,508.13 |
| Hanover | ###### | |
| Capital Premium | $1,216.99 | |
| **Telephone & Internet** | | $1,060.00 |
| AT&T | $150.00 | |
| Ringcentral | $910.00 | |
| **Other Expense** | | $3,300.00 |
| Mueller Water Treatment | $350.00 | |
| Waste Management | $950.00 | |
| Other | $2,000.00 | |
| **Professional Fees** | | $1,000.00 |
| Engineer | $1,000.00 | |
| **Licenses & Permits** | | $0.00 |
| City of Houston Permit | $0.00 | |
| **Tenant Improvement** | | $0.00 |
| | $0.00 | |
| **Administration** | | $14,750.00 |
| **Total Operating Expenses** | | **$156,125.90** |

# 1001 WL, LLC
*Year 2024*

## Profit and Loss Report

| Revenue | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 |
|---|---|---|---|---|---|
| Rent Income | $154,193.58 | $155,475.85 | $149,598.66 | $148,598.66 | $163,176.71 |
| | | | | | |
| **Net Sales** | **$154,193.58** | **$155,475.85** | **$149,598.66** | **$148,598.66** | **$163,176.71** |
| **Cost of Goods Sold** | | | | | |
| Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Labor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Overhead | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Cost of Goods Sold** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Gross Profit** | **$154,193.58** | **$155,475.85** | **$149,598.66** | **$148,598.66** | **$163,176.71** |
| **Operating Expenses** | | | | | |
| Service Contract | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administration | $5,812.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fire Safety | $0.00 | $0.00 | $3,261.79 | $210.00 | $210.00 |
| Repairs & Maintenance | $146.23 | $1,933.54 | $11,464.92 | $8,051.79 | $15,175.15 |
| Emergency HVAC Repair | $0.00 | $0.00 | $0.00 | $0.00 | $18,211.98 |
| Misc Repairs | $0.00 | $0.00 | $0.00 | $0.00 | $2,225.00 |
| Security | $0.00 | $0.00 | $0.00 | $3,273.48 | $5,144.04 |
| Waste Removal | $962.05 | $0.00 | $1,000.00 | $950.00 | $1,728.14 |
| Janitorial | $0.00 | $0.00 | $0.00 | $15,683.96 | $17,971.52 |
| Professional Fees | $0.00 | $35,956.85 | $0.00 | $0.00 | $0.00 |
| Utilities | $0.00 | $16,710.31 | $43,907.57 | $37,653.27 | $31,922.07 |
| Insurance | $41,708.02 | $1,277.84 | $43,562.98 | $20,919.75 | $41,697.65 |
| Telephone & Internet | $0.00 | $240.08 | $80.32 | $107.52 | $117.51 |
| Water Treatment | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 |
| Bank Fee | $378.30 | $333.92 | $0.00 | $0.00 | $0.00 |
| Licenses & Permits | $50.00 | $0.00 | $0.00 | $53.97 | $0.00 |
| Pest Control-Racoons | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 |
| **Total Operating Expenses** | **$49,056.99** | **$56,452.54** | **$103,277.58** | **$87,223.74** | **$135,873.06** |
| **Operating Profit (Loss)** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$27,303.65** |
| *Add: Other Income* | | | | | |
| Interest Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Profit (Loss) Before Taxes** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$27,303.65** |
| *Less:* Tax Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Less Distributions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Profit (Loss)** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$27,303.65** |

1001 WL Balance Sheet

| Month | Feb 24 | Mar 24 | Apr 24 | May 24 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $136,138 | $168,975 | $235,301 | $264,727 |
| AR | | | $6,332,196 | $6,332,196 |
| Total Other Assets | $72,136,138 | $72,105,125 | | |
| Total | $72,272,276 | $72,274,100 | $6,567,497 | $6,596,923 |
| | | | | |
| **Liabilities** | | | | |
| Choudri Loan | $8,925,223 | $8,999,599 | $9,074,596 | $9,150,218 |
| Boxer Loan | $399,847 | $405,845 | $411,933 | $418,112 |
| Post Petition Payables | $114,162 | $118,478 | $159,119 | $90,129 |
| Post Petition Taxes Payable | $45,833 | | $673,360 | $673,360 |
| Prepetition Unsecured Debt | | | | |
| Prepetition Secured Debt | $26,177,386 | | | |
| Prepetition unsecured Debt | $827,440 | | | |
| Total | $36,489,891 | $9,523,923 | $10,319,008 | $10,331,819 |
| | | | | |
| Equity | $35,782,385 | $62,750,177 | -$3,751,511 | -$3,734,896 |

# Navigate Business Checking℠

February 29, 2024 ■ Page 1 of 4



**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)
2450 WICKERSHAM LN APT 202
AUSTIN TX 78741-4744

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/27 | $0.00 |
| Deposits/Credits | 25.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 2/29** | **$25.00** |

Account number: ▬▬▬▬▬▬▬722

**1001 WL LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 24-10119 (WTX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $25.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2023 | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/27 | | Etransfer IN Branch/Store - From Checking 2326 S Congress Ave Austin TX 9319 | 25.00 | | 25.00 |
| **Ending balance on 2/29** | | | | | **25.00** |
| **Totals** | | | **$25.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/27/2024 - 02/29/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $10,000.00 | $25.00 ☐ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $25.00 ☐ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|   - Average ledger balance in your Business Time Account | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

February 29, 2024 ■ Page 3 of 4



 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



---

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.          **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**BANK** *of* **HOUSTON**
*Established 1893*
4400 Post Oak Parkway, Suite 250
Houston, TX 77027
**Return Service Requested**

| Account Number | XXXXXX3147 |
|---|---|
| Statement Date | 02/29/2024 |
| Statement Thru Date | 02/29/2024 |
| Checks/Items Enclosed | 10 |
| Page of Pages | 1 of 3 |

00002470 TBOHNDDS030124120440 01 000000000 0003579 004

GALLERIA LOOP NOTE HOLDER LLC
1001 WEST LOOP S STE 700
HOUSTON TX 77027-9033

### Customer Service Information

 **24/7 Banking:** 1.888.471.3891
**Customer Support:**
Houston Customers: 1.713.497.1515
Dublin Customers: 1.254.445.2213

 **Written Inquiries:**
4400 Post Oak Parkway, Suite 250
Houston, TX 77027

 **Visit us Online:**
www.bohbank.com

---

**COMMERCIAL ANALYSIS**                    **Account Number: XXXXXX3147**

**Account Owner(s):  GALLERIA LOOP NOTE HOLDER LLC**

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 02/01/2024 | $79,824.27 |
| + Deposits and Credits (12) | $140,139.26 |
| - Withdrawals and Debits (14) | $83,850.25 |
| **Ending Balance as of 02/29/2024** | **$136,113.28** |
| Service Charges for Period | $333.92 |
| Average Balance for Period | $61,017.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Feb 01 | GOOGLE/ACCTVERIFY US003YW076 BANK OF HOUSTON | 0.78 |
| Feb 02 | DEPOSIT | 13,666.71 |
| Feb 02 | HOMESMART/PAYMENT 720577 GALLERIA LOOP NOTE HOL | 7,145.75 |
| Feb 05 | DEPOSIT | 18,828.54 |
| Feb 05 | ORIG:TRANSACT TITLE LLC TRN:P202402050061122 | 11,223.21 |
| Feb 08 | DEPOSIT | 11,600.00 |
| Feb 09 | ORIG:DEREK L RIPPY TRN:P202402090029270 | 1,680.00 |
| Feb 20 | DEPOSIT | 4,500.00 |
| Feb 26 | DEPOSIT | 1,000.00 |
| Feb 28 | DEPOSIT | 16,717.64 |
| Feb 29 | COMMUNITY PSYCH/VENDOR PMT V01019 GALLERIA LOOP NOTE HOL | 12,343.29 |
| Feb 29 | CHAMPIONS SCHOOL/QUICKBOOKS 403147 GALLERIA LOOP NOTE HOL | 41,433.34 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Feb 01 | TRANSFER DEBIT REF 28Y6B3X TO *3774 | 20,000.00 |
| Feb 01 | BENE:THE POPE LAW FIRM TRN:P202402010105830 | 8,640.30 |
| Feb 01 | USR ELECTRICBILL/0391D 000011593247 JETALL COMPANIES, INC | 16,710.31 |

MONTH_____ 20_____

**THIS FORM IS PROVIDED TO HELP
BALANCE YOUR BANK STATEMENT**

**CHECKS OR WITHDRAWALS OUTSTANDING -
NOT CHARGED TO ACCOUNT**

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT **$**_____

**ADD +** DEPOSITS NOT
CREDITED ON THIS **$**_____
STATEMENT (IF ANY)

_____

_____

TOTAL **$**_____

**SUBTRACT -** CHECKS OR
WITHDRAWALS OUTSTANDING **$**_____

BALANCE **$**_____

SHOULD AGREE WITH YOUR RECORD AFTER
DEDUCTING SERVICE CHARGE (IF ANY) SHOWN
ON THIS STATEMENT.

**IN CASE OF ERRORS OR QUESTIONS
ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at **(713) 497-1515** or write us at **Bank of Houston, 4400 Post Oak Parkway Ste 250 Houston, TX 77027** as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the error of the problem appeared.

1) Tell us your name and account number (if any).

2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



**BANK of HOUSTON**
Established 1893
4400 Post Oak Parkway, Suite 250
Houston, TX 77027
**Return Service Requested**

| | |
|---|---|
| Account Number | XXXXXX3147 |
| Statement Date | 02/29/2024 |
| Statement Thru Date | 02/29/2024 |
| Page | 2 |

## DEBITS AND OTHER WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Feb 02 | BENE:BARRON NEWBURGER, PC TRN:P202402020124134 | 9,316.55 |
| Feb 02 | APPLECARD GSBANK/PAYMENT 7508675 ALI CHOUDHRI | 2,715.02 |
| Feb 05 | TRANSFER DEBIT REF 2EXTZNS TO *3774 | 5,000.00 |
| Feb 05 | BENE:ERIC RHODES TRN:P202402050023479 | 3,000.00 |
| Feb 05 | BENE:BARRON NEWBURGER, PC TRN:P202402050074753 | 15,000.00 |
| Feb 06 | CAPITAL PREMIUM/INS. PMT GALLERIA LOOP NOTE HOL | 1,277.84 |
| Feb 12 | ACCOUNT ANALYSIS SERVICE CHARGE | 333.92 |

## CHECKS PAID

\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Feb 07 | 11060 | 792.37 | Feb 09 | 11062 | 133.64 | Feb 07 | 11063 | 492.54 |
| Feb 07 | 11061 | 437.76 | | | | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Feb 01 | 34,474.44 | Feb 07 | 47,306.57 | Feb 20 | 64,619.01 |
| Feb 02 | 43,255.33 | Feb 08 | 58,906.57 | Feb 26 | 65,619.01 |
| Feb 05 | 50,307.08 | Feb 09 | 60,452.93 | Feb 28 | 82,336.65 |
| Feb 06 | 49,029.24 | Feb 12 | 60,119.01 | Feb 29 | 136,113.28 |





**BANK** *of* **HOUSTON**
Established 1893
4400 Post Oak Parkway, Suite 250
Houston, TX 77027
**Return Service Requested**

| | |
|---|---|
| Account Number | XXXXXX3147 |
| Statement Date | 02/29/2024 |
| Statement Thru Date | 02/29/2024 |
| Page | 3 |

## CHECK IMAGES

**Account Number: XXXXXX3147**

00002470 0008531 0003-0003



02/02/2024 — 13,666.71



02/05/2024 — 18,828.54



02/08/2024 — 11,600.00



02/20/2024 — 4,500.00



02/26/2024 — 1,000.00



02/28/2024 — 16,717.64



02/07/2024 — #11060 — 792.37



02/07/2024 — #11061 — 437.76





02/09/2024 — #11062 — 133.64



02/07/2024 — #11063 — 492.54