## UNITED STATES BANKRUPTCY COURT

Western  DISTRICT OF  Texas

<Enter Division name if applicable, else delete this text>

| Clear All Fields |
| Save |

In Re. 1001 WL                                         §          Case No.  24-10119
                                                       §
_____                            §
                 Debtor(s)                             §
                                                       §          ☐ Jointly Administered

## Amended Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 05/31/2024          Petition Date: 02/08/2024

Months Pending: 4                           Industry Classification: 5 3 1 1

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):                              0

Debtor's Full-Time Employees (as of date of order for relief):       0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Steve Sather                                    Steve Sather
Signature of Responsible Party                      Printed Name of Responsible Party

07/31/2024
Date                                                7320 N. Mopac Expy, Suite 400 Austin Texas 78731
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                        1

| Debtor's Name 1001 WL | Save | Case No. 24-10119 |
|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $235,301 | |
| b.  Total receipts (net of transfers between accounts) | $189,764 | $565,323 |
| c.  Total disbursements (net of transfers between accounts) | $160,338 | $350,903 |
| d.  Cash balance end of month (a+b-c) | $264,727 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $160,338 | $350,903 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $6,332,196 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $6,332,196 |
| c.  Inventory    (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $0 |
| f.  Postpetition payables (excluding taxes) | $90,129 |
| g.  Postpetition payables past due (excluding taxes) | $75,198 |
| h.  Postpetition taxes payable | $673,360 |
| i.  Postpetition taxes past due | $673,360 |
| j.  Total postpetition debt (f+h) | $763,489 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $763,489 |
| o.  Ending equity/net worth (e-n) | $-763,489 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $163,176 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $163,176 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $157,123 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $6,053 | $317,908 |

UST Form 11-MOR (12/01/2021) - Mac

2

Debtor's Name  1001 WL

Save

Case No.  24-10119

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |
| Add | Firm Name | Role |  |  |  |
| Delete | i |  |  |  |  |

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |
| Add | Firm Name | Role |  |  |  |
| Delete | i |  |  |  |  |
| c. | All professional fees and expenses (debtor & committees) |  |  |  |  |

## Part 6:  Postpetition Taxes

|  |  | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ● | |
| e. | Are you current on postpetition estimated tax payments? | Yes ○  No ● | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ● | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |
| i. | Do you have: | Worker's compensation insurance? | Yes ○  No ● | |
|  |  | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
|  |  | Casualty/property insurance? | Yes ○  No ● |
|  |  | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
|  |  | General liability insurance? | Yes ○  No ● |
|  |  | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● | |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (12/01/2021) - Mac

3

Debtor's Name  1001 WL                     Save          Case No.  24-10119

l.   Are you current with quarterly U.S. Trustee fees as          Yes ○    No ●
     set forth under 28 U.S.C. § 1930?

| Part 8: Individual Chapter 11 Debtors (Only) | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.   Are you required to pay any Domestic Support Obligations as defined by 11      Yes ○   No ●
     U.S.C § 101(14A)?

m.   If yes, have you made all Domestic Support Obligation payments?    Yes ○   No ○   N/A ●

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ali Choudri                                      Ali Choudri
Signature of Responsible Party                       Printed Name of Responsible Party

CEO                                                  07/31/2024
Title                                                Date

              Save                          Generate PDF for Court Filing
                                            and Remove Watermark

# 1001 WL, LLC

*Year 2024*

## Profit and Loss Report

| Revenue | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 |
|---|---|---|---|---|---|
| Rent Income | $154,193.58 | $155,475.85 | $149,598.66 | $148,598.66 | $163,176.71 |
| | | | | | |
| **Net Sales** | **$154,193.58** | **$155,475.85** | **$149,598.66** | **$148,598.66** | **$163,176.71** |
| **Cost of Goods Sold** | | | | | |
| Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Labor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Overhead | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Cost of Goods Sold** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Gross Profit** | **$154,193.58** | **$155,475.85** | **$149,598.66** | **$148,598.66** | **$163,176.71** |
| **Operating Expenses** | | | | | |
| Service Contract | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administration | $5,812.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fire Safety | $0.00 | $0.00 | $3,261.79 | $210.00 | $210.00 |
| Repairs & Maintenance | $146.23 | $1,933.54 | $11,464.92 | $8,051.79 | $15,175.15 |
| Emergency HVAC Repair | $0.00 | $0.00 | $0.00 | $0.00 | $18,211.98 |
| Misc Repairs | $0.00 | $0.00 | $0.00 | $0.00 | $2,225.00 |
| Security | $0.00 | $0.00 | $0.00 | $3,273.48 | $5,144.04 |
| Waste Removal | $962.05 | $0.00 | $1,000.00 | $950.00 | $1,728.14 |
| Janitorial | $0.00 | $0.00 | $0.00 | $15,683.96 | $17,971.52 |
| Professional Fees | $0.00 | $35,956.85 | $0.00 | $0.00 | $0.00 |
| Utilities | $0.00 | $16,710.31 | $43,907.57 | $37,653.27 | $52,922.07 |
| Insurance | $41,708.02 | $1,277.84 | $43,562.98 | $20,919.75 | $41,697.65 |
| Telephone & Internet | $0.00 | $240.08 | $80.32 | $107.52 | $117.51 |
| Water Treatment | $0.00 | $0.00 | $0.00 | $320.00 | $320.00 |
| Bank Fee | $378.30 | $333.92 | $0.00 | $0.00 | $0.00 |
| Licenses & Permits | $50.00 | $0.00 | $0.00 | $53.97 | $0.00 |
| Quarterly Fee pymt UST | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Pest Control-Racoons | $0.00 | $0.00 | $0.00 | $0.00 | $1,150.00 |
| **Total Operating Expenses** | **$49,056.99** | **$56,452.54** | **$103,277.58** | **$87,223.74** | **$157,123.06** |
| **Operating Profit (Loss)** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$6,053.65** |
| *Add: Other Income* | | | | | |
| Interest Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Profit (Loss) Before Taxes** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$6,053.65** |
| *Less:* Tax Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Less Distributions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Profit (Loss)** | **$105,136.59** | **$99,023.31** | **$46,321.08** | **$61,374.92** | **$6,053.65** |

# Navigate Business Checking SM 10

May 31, 2024 ■ Page 1 of 5



1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)
2450 WICKERSHAM LN APT 202
AUSTIN TX 78741-4744

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $235,301.37 |
| Deposits/Credits | 189,764.44 |
| Withdrawals/Debits | - 160,338.08 |
| Ending balance on 5/31 | $264,727.73 |

Account number: ▮▮▮▮7722
1001 WL LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-10119 (WTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Interest summary

| | |
|---|---|
| Interest paid this statement | $2.08 |
| Average collected balance | $245,853.54 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $2.08 |
| Interest paid this year | $5.04 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Homesmart Payment 240501 720577 1001 WI, LLC | 7,145.75 | | |
| 5/1 | | Deposit Made In A Branch/Store | 750.00 | | |
| 5/1 | 1021 | Deposited OR Cashed Check | | 3,107.50 | |
| 5/1 | | ATT Payment 043024 273904003Evr1Z Jetall Companies | | 107.52 | |
| 5/1 | < | Business to Business ACH Debit - The Hanover Insu BILLPAY 240501 The Hanover Ins 1001 WI LLC | | 19,591.91 | 220,390.19 |
| 5/2 | | Palladium Cnslt 1001 WI 1001 WI LLC May Rent, Suite 745 Expero Inc. | 15,423.95 | | |
| 5/2 | | WT Fed#00003 Bank of Houston /Org=Jetall Companies, Inc. Srf# 3337715973 Trn#240502142078 Rfb# | 9,316.55 | | |
| 5/2 | | Occasions Staffi ACH SD0502 1001 WI, LLC | 1,600.00 | | |
| 5/2 | | Capital Premium Ins. Pmt 240502 1001 WI, LLC | | 1,277.84 | |
| 5/2 | | Usr Electricbill 0391D 000011593247 Jetall Companies, Inc | | 16,169.52 | |
| 5/2 | 1022 | Check | | 4,940.59 | 224,342.74 |
| 5/3 | | Deposit Made In A Branch/Store | 31,819.76 | | |
| 5/3 | | WT Fed#00656 Simmons Bank /Org=Transact Title LLC Srf# W000002194285 Trn#240503186934 Rfb# | 11,223.21 | | 267,385.71 |
| 5/7 | | Deposit Made In A Branch/Store | 4,013.44 | | 271,399.15 |
| 5/8 | 1023 | Check | | 1,714.68 | 269,684.47 |
| 5/10 | | Deposit Made In A Branch/Store | 16,245.91 | | |
| 5/10 | | ATT Payment 050824 139087004Evr1H Jetall Companies | | 117.51 | 285,812.87 |
| 5/13 | | Waste Management Internet 240510 043000091491396 LLC 1001 WI | | 283.29 | |
| 5/13 | | Waste Management Internet 240510 043000091809672 LLC 1001 WI | | 1,444.85 | |
| 5/13 | | City of Houston Water Bill 240510 58035549116 1001 West Loop Lp | | 21,000.00 | |
| 5/13 | 1026 | Check | | 1,762.31 | 261,322.42 |
| 5/14 | 1027 | Check | | 320.00 | |
| 5/14 | 1024 | Check | | 1,714.68 | 259,287.74 |
| 5/15 | | Deposit Made In A Branch/Store | 7,600.00 | | |
| 5/15 | 1031 | Deposited OR Cashed Check | | 3,152.50 | |
| 5/15 | 1030 | Cashed Check | | 1,150.00 | 262,585.24 |
| 5/16 | | Deposit Made In A Branch/Store | 4,200.00 | | 266,785.24 |
| 5/17 | < | Business to Business ACH Debit - Quarterly Fee Payment 240516 0000 WI 1001 LLC | | 250.00 | 266,535.24 |
| 5/20 | 1028 | Check | | 210.00 | |
| 5/20 | 1025 | Check | | 8,008.65 | 258,316.59 |
| 5/22 | 1029 | Check | | 1,767.69 | 256,548.90 |
| 5/24 | | Usr Electricbill 0391D 000011593247 Jetall Companies, Inc | | 15,752.55 | |
| 5/24 | < | Business to Business ACH Debit - The Hanover Insu BILLPAY 240524 The Hanover Ins 1001 WI LLC | | 19,610.91 | 221,185.44 |
| 5/28 | 1035 | Cashed Check | | 2,225.00 | |
| 5/28 | | Capital Premium Ins. Pmt 240527 1001 WI, LLC | | 1,216.99 | |
| 5/28 | 1034 | Check | | 7,786.25 | |
| 5/28 | 1036 | Check | | 1,714.68 | |
| 5/28 | 1033 | Check | | 18,211.98 | |
| 5/28 | 1024 | Check | | 1,714.68 | 188,315.86 |
| 5/31 | | Community Psych Vendor Pmt V03198 1001 WI LLC | 12,343.29 | | |

May 31, 2024 ■ Page 3 of 5



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/31 | | Palladium Cnslt 1001 WI 1001 WI LLC June Rent, Suite 745 Expero Inc. | 15,423.95 | | |
| 5/31 | | Champions School Quickbooks 240531 xxxxx3772 1001 WI LLC | 41,433.34 | | |
| 5/31 | | WT Fed#00584 Simmons Bank /Org=Transact Title LLC Srf# W000002242545 Trn#240531210336 Rfb# | 11,223.21 | | |
| 5/31 | 1032 | Deposited OR Cashed Check | | 216.50 | |
| 5/31 | 1038 | Deposited OR Cashed Check | | 3,797.50 | |
| 5/31 | | Interest Payment | 2.08 | | 264,727.73 |
| Ending balance on 5/31 | | | | | 264,727.73 |
| Totals | | | $189,764.44 | $160,338.08 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1021 | 5/1 | 3,107.50 | 1026 | 5/13 | 1,762.31 | 1032 | 5/31 | 216.50 |
| 1022 | 5/2 | 4,940.59 | 1027 | 5/14 | 320.00 | 1033 | 5/28 | 18,211.98 |
| 1023 | 5/8 | 1,714.68 | 1028 | 5/20 | 210.00 | 1034 | 5/28 | 7,786.25 |
| 1024 | 5/14 | 1,714.68 | 1029 | 5/22 | 1,767.69 | 1035 | 5/28 | 2,225.00 |
| 1024 | 5/28 | 1,714.68 | 1030 | 5/15 | 1,150.00 | 1036 | 5/28 | 1,714.68 |
| 1025 | 5/20 | 8,008.65 | 1031 | 5/15 | 3,152.50 | 1038 * | 5/31 | 3,797.50 |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| · Minimum daily balance | $10,000.00 | $188,315.86 ☑ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $250,382.97 ☑ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account | | |

WK/WK



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 43 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your            $ _____
   register or transfers into             $ _____
   your account which are not             $ _____
   shown on your statement.             + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                        TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801