# Check Details

Item 28 of 44    Show full image*                    🖶 Print

| | |
|---|---|
| Check Number | 1040 |
| Date Posted | 06/04/24 |
| Check Amount | $418.00 |



Check image:
- 1001 WL, LLC
- Debtor in Possession Case 24-10119
- 1001 W Loop S Ste 700
- Houston, TX 77027
- Wells Fargo, 2851 Kipling St, Suite 103, Houston, TX 77098
- Date: 06/04/2024
- Check #1040
- Pay to the order of: JUSTIN VALLE
- This amount: **** FOUR HUNDRED EIGHTEEN AND 00/100 DOLLARS
- $418.00
- Justin Valle
- MEMO

‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 27 of 44    Show full image*    🖨 Print

| | |
|---|---|
| Check Number | 1037 |
| Date Posted | 06/05/24 |
| Check Amount | $1,714.68 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 26 of 44    Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1041 |
| Date Posted | 06/07/24 |
| Check Amount | $1,948.50 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 25 of 44   Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 1039 |
| Date Posted | 06/11/24 |
| Check Amount | $1,137.90 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 24 of 44    Show full image*                               🖨 Print

| | |
|---|---|
| Check Number | 1044 |
| Date Posted | 06/12/24 |
| Check Amount | $1,002.56 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 23 of 44     Show full image*                                🖨 Print

| | |
|---|---|
| Check Number | 1046 |
| Date Posted | 06/13/24 |
| Check Amount | $350.00 |



‹ Previous     Flip     🔍 Zoom     Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 22 of 44   Show full image*   🖨 Print

| | |
|---|---|
| Check Number | 1042 |
| Date Posted | 06/13/24 |
| Check Amount | $320.00 |



‹ Previous   Flip   🔍 Zoom   Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 21 of 44   Show full image*                                    🖨 Print

| | |
|---|---|
| Check Number | 1049 |
| Date Posted | 06/14/24 |
| Check Amount | $2,912.50 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

## Check Details

Item 20 of 44  Show full image*  🖨 Print

| | |
|---|---|
| Check Number | 1048 |
| Date Posted | 06/14/24 |
| Check Amount | $1,000.00 |



‹ Previous   Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

Item 19 of 44   Show full image*   🖨 Print

| | |
|---|---|
| Check Number | 1047 |
| Date Posted | 06/17/24 |
| Check Amount | $1,348.80 |



‹ Previous   Flip   🔍 Zoom   Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏛 Equal Housing Lender

# Check Details

Item 18 of 44    Show full image*                              🖨 Print

| | |
|---|---|
| Check Number | 1045 |
| Date Posted | 06/20/24 |
| Check Amount | $1,558.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 17 of 44   Show full image*                                    🖨 Print

| | |
|---|---|
| Check Number | 1052 |
| Date Posted | 06/24/24 |
| Check Amount | $8,803.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 15 of 44   Show full image*   🖨 Print

| | |
|---|---|
| Check Number | 1054 |
| Date Posted | 06/24/24 |
| Check Amount | $1,558.80 |



‹ Previous   Flip   🔍 Zoom   Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

Item 14 of 44    Show full image*                                            🖨 Print

| | |
|---|---|
| Check Number | 1055 |
| Date Posted | 06/25/24 |
| Check Amount | $1,558.80 |



‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

**Item 13 of 44**    Show full image*                               🖨 Print

| | |
|---|---|
| Check Number | 1050 |
| Date Posted | 06/27/24 |
| Check Amount | $117.51 |

**1001 WL, LLC**
Debtor in Possession Case 24-10119
1001 W Loop S Ste 700
Houston, TX 77027

Wells Fargo
2951 Kipling St
Suite 103
Houston, TX 77098

Check #1050    Date: 06/14/2024

Pay to the order of: AT&T
This amount: ONE HUNDRED SEVENTEEN AND 51/100 DOLLARS    $117.51

AT&T
P.O. Box 5001
Carol Stream, IL 60197

MEMO

‹ Previous    Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

### Item 12 of 44    Show full image*                                🖨 Print

| | |
|---|---|
| Check Number | 1056 |
| Date Posted | 06/28/24 |
| Check Amount | $2,980.00 |



‹ Previous    Flip    🔍 Zoom    Next ›

\* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender