

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 18, 2025.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-10737-smr |
| MAYA J ATX, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION
OF MUNSCH HARDT KOPF & HARR, P.C. FOR THE ALLOWANCE OF
FEES AND REIMBURSEMENT OF EXPENSES AS GENERAL BANKRUPTCY
COUNSEL TO THE TRUSTEE AND REQUEST FOR PAYMENT OF SAME**

CAME ON FOR CONSIDERATION the *First and Final Application of Munsch Hardt Kopf & Harr, P.C. for the Allowance of Fees and Reimbursement of Expenses as General Bankruptcy Counsel to the Trustee* (the "Application")[1] filed by Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt" or "Applicant"), as general bankruptcy counsel to Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of Maya J ATX, LLC (the "Debtor") and its bankruptcy estate ("Estate").

---

[1] Capitalized terms used herein, not otherwise defined, shall be given the meanings ascribed in the Application.

1

After having considered the Application, the merits, and the record before it, the Court further finds and concludes that:[2] (i) notice and service of the Application was adequate and proper under the particular circumstances; (ii) no objections have been asserted to the Application or any and all such objections have been overruled by the Court for the reasons stated on the record; (iii) Munsch Hardt is entitled to the allowance of fees and reimbursement of expenses incurred during the Subject Period in the best interests of the Debtor, the Estate, and its creditors and such compensation and reimbursement, to the extent granted herein, constitutes reasonable compensation to the Applicant as required by 11 U.S.C. § 330; and (iv) further, that good cause exists to grant the relief requested in the Application in the best interests of the Estate. Accordingly, it is hereby:

**ORDERED** that the Final Application is **APPROVED** on a final basis, and Munsch Hardt is hereby allowed, on a final basis, compensation for professional fees in the amount of $166,639.00, including the requested $5,000 reserve for final estate administration, and reimbursement for actual out-of-pocket expenses in the amount of $1,230.11, corresponding to the application period; it is further

**ORDERED** that the Trustee is authorized to immediately pay Munsch Hardt the total amount of the foregoing allowed professional fees and 100% of the foregoing allowed expenses, in the aggregate, allowed amount of $167,869.11, on a final basis.

**ORDERED** that, notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry; it is further

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

3

**ORDERED** that this Court hereby retains jurisdiction over any and all issues arising from or relating to the implementation and interpretation of this Order.

# # #

4

<u>Order respectfully submitted (agreed as to form and substance) by</u>:

Jay H. Ong
Texas Bar No. 24028756
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

*Counsel For Randolph N. Osherow,
Chapter 7 Trustee*