

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 18, 2025.**

_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-10737-smr |
| MAYA J ATX, LLC, § | |
| § | Chapter 7 |
| Debtor. § | |

### ORDER GRANTING FIRST AND FINAL APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. FOR THE ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS GENERAL BANKRUPTCY COUNSEL TO THE TRUSTEE AND REQUEST FOR PAYMENT OF SAME

CAME ON FOR CONSIDERATION the *First and Final Application of Munsch Hardt Kopf & Harr, P.C. for the Allowance of Fees and Reimbursement of Expenses as General Bankruptcy Counsel to the Trustee* (the "Application")[1] filed by Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt" or "Applicant"), as general bankruptcy counsel to Randolph N. Osherow, not individually but in his capacity as the duly appointed chapter 7 trustee (in such capacity, the "Trustee"), for and on behalf of Maya J ATX, LLC (the "Debtor") and its bankruptcy estate ("Estate").

---

[1] Capitalized terms used herein, not otherwise defined, shall be given the meanings ascribed in the Application.

1

After having considered the Application, the merits, and the record before it, the Court further finds and concludes that:[2] (i) notice and service of the Application was adequate and proper under the particular circumstances; (ii) no objections have been asserted to the Application or any and all such objections have been overruled by the Court for the reasons stated on the record; (iii) Munsch Hardt is entitled to the allowance of fees and reimbursement of expenses incurred during the Subject Period in the best interests of the Debtor, the Estate, and its creditors and such compensation and reimbursement, to the extent granted herein, constitutes reasonable compensation to the Applicant as required by 11 U.S.C. § 330; and (iv) further, that good cause exists to grant the relief requested in the Application in the best interests of the Estate. Accordingly, it is hereby:

**ORDERED** that the Final Application is **APPROVED** on a final basis, and Munsch Hardt is hereby allowed, on a final basis, compensation for professional fees in the amount of $166,639.00, including the requested $5,000 reserve for final estate administration, and reimbursement for actual out-of-pocket expenses in the amount of $1,230.11, corresponding to the application period; it is further

**ORDERED** that the Trustee is authorized to immediately pay Munsch Hardt the total amount of the foregoing allowed professional fees and 100% of the foregoing allowed expenses, in the aggregate, allowed amount of $167,869.11, on a final basis.

**ORDERED** that, notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry; it is further

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

2

**ORDERED** that this Court hereby retains jurisdiction over any and all issues arising from or relating to the implementation and interpretation of this Order.

# # #

<u>Order respectfully submitted (agreed as to form and substance) by</u>:

Jay H. Ong
Texas Bar No. 24028756
Beverly A. Bass
Texas Bar No. 24125116
MUNSCH HARDT KOPF & HARR, P.C.
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (512) 391-6100
Facsimile: (512) 391-6149

*Counsel For Randolph N. Osherow,
Chapter 7 Trustee*

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-10737-smr |
| Maya J ATX LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maya J ATX LLC, 2450 Wickersham Lane Unit 202, Austin, TX 78741-4744 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 20, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beverly Ann Bass | on behalf of Trustee Randolph N Osherow bbass@munsch.com amays@munsch.com |
| David Neal Stern | on behalf of Debtor Maya J ATX LLC dstern@bn-lawyers.com mcalderon@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com |
| James Q. Pope | on behalf of Debtor Maya J ATX LLC ecf@thepopelawfirm.com jpope@jubileebk.net |
| James Q. Pope | on behalf of Interested Party NIA ATX LLC ecf@thepopelawfirm.com jpope@jubileebk.net |
| Jay Ong | on behalf of Attorney Munsch Hardt Kopf & Harr PC jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com;CourtMail@munsch.com |

23-10737-smr Doc#440 Filed 02/20/25 Entered 02/20/25 23:28:04 Imaged Certificate of Notice Pg 6 of 6

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdfintp | Total Noticed: 1 |

| | |
|---|---|
| Jay Ong | on behalf of Trustee Randolph N Osherow jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com;CourtMail@munsch.com |
| Mark Junell | on behalf of Interested Party NIA ATX LLC mark@junellfirm.com |
| Matthew W. Bourda | on behalf of Creditor Magnolia BridgeCo LLC matthew@jonesmurray.com |
| Matthew W. Bourda | on behalf of Creditor Cypress BridgeCo LLC matthew@jonesmurray.com |
| Randolph N Osherow | rosherow@hotmail.com rosherow@ecf.axosfs.com |
| Robert Paul Debelak, III | on behalf of Creditor Cypress BridgeCo LLC bobby.debelak@mhllp.com, ella.wynn@mhllp.com;rachel.parnell@mhllp.com |
| Robert Paul Debelak, III | on behalf of Creditor Magnolia BridgeCo LLC bobby.debelak@mhllp.com, ella.wynn@mhllp.com;rachel.parnell@mhllp.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - AU12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov |
| Stephen W. Sather | on behalf of Attorney Barron & Newburger P.C. ssather@bn-lawyers.com, phammer@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net; mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |
| William Steven Bryant | on behalf of Interested Party Woodforest National Bank steven.bryant@troutman.com jpelayo@lockelord.com |

TOTAL: 16