# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−10119−smr
Chapter No.: 11
Judge: Shad Robinson

IN RE: **1001 WL, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/robinson.txwb, via Zoom or by phone. Call−in number:, 669−254−5252 Code: 161 0862 5245

on **4/21/25 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 685 First and Final Application for Compensation (21 Day Objection Language), Fees $ 132,092.50, Expenses $ 9,166.19, For Time Period From March 19, 2024 To Time Period Ending December 31, 2024 filed by Mark Curtis Taylor for Attorney Holland & Knight LLP ) Hearing Scheduled For 4/21/2025 at 10:00 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669−254−5252 Meeting ID: 161 0862 5245 ...COURT REQUESTS THE HEARING... (Lopez, Jennifer)

Dated: 3/20/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]