IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 24-10119-smr |
| 1001 WL, LLC | § | |
| | § | |
| Debtor | § | |

## OBJECTION TO APPLICATION TO APPROVE COMPROMISE UNDER FEDERAL RULES OF BNAKRUPTCY PROCEDURE 9019

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Barron & Newburger, P.C., a creditor and party in interest and would show as follows:

1. Barron & Newburger, P.C. is a chapter 11 administrative claimant in this case. Its final fee application is presently pending before the court.

2. On March 26, 2025, the Trustee filed his Application to Approve Compromise (ECF No. 699).

3. The Application to Compromise is not fair and equitable and may not be approved in its present form.

4. Paragraph 15(g) of the Application to Compromise provides for a carveout for certain creditors as follows:

> After the closing on the sale of the Real Property, all estate cash will be distributed to Romspen on account of and up to the amount of its allowed secured claim, less a holdback in a sufficient amount to pay for: (i) 100% of the allowed fees and expenses of the Trustee and his professionals,2 plus (ii) an amount equal to 10% of allowed non-insider general unsecured claims. Any unused holdback funds shall be distributed to Romspen on account of and up to the amount of its allowed secured claim. The amount of cash to be distributed to Romspen shall in no event be greater than the total amount of the Romspen Claim; to the extent of excess cash above and beyond the Romspen Claim, such amounts will be paid pro rata to allowed non-insider general unsecured creditors.

5. The Application to Compromise appears to provide that the carveout funds will be paid first to the Trustee and his professionals and then to non-insider general unsecured creditors. The intent of the compromise appears to be to skip over the Chapter 11 administrative expense claims incurred prior to the appointment of the Trustee and to provide a distribution of 10% to non-insider creditors. Thus, the compromise discriminates against both non-trustee Chapter 11 administrative expense claimants and insiders with allowed claims.

6. The Supreme Court has held that a court may not approve a priority-skipping distribution in a structured dismissal. *Czyzewski v. Jevic Holding Corp.*, 137 S.Ct. 973 (2017). In doing so, the Supreme Court upheld a general requirement that claims be paid in order of priority. A settlement which discriminates against certain allowed administrative expense claims and allowed unsecured claims is not fair and equitable and may not be approved.[1]

7. BNPC also objects that the compromise cannot be approved without a carveout for the benefit of estate creditors other than the Chapter 11 Trustee. Without the carveout, the Trustee would be waiving valuable rights of the bankruptcy estate against Romspen in return for paying the Trustee's administrative claims. This would not be fair and equitable. Without a substantial payment to the estate, the Trustee would be releasing valuable claims without consideration as well as cleansing for the private benefit of Romspen. In the absence of a significant carveout for creditors other than the Trustee and his professionals (preferably at least $500,000), the Trustee is acting for the benefit of Romspen and not the estate. If this cannot be accomplished, the Trustee should simply abandon the asset.

8. Assuming that Romspen is willing to agree to a non-discriminatory and substantial carveout, BNPC objects to granting Romspen a secret credit bid. While BNPC understands that publicly disclosing the credit bid might chill bidding, there is no way to know whether the Trustee

---

[1] BNPC does not object to the Trustee's fees and expenses being paid prior to its fees since priority is provided for in the Bankruptcy Code.

has properly exercised his fiduciary duty in negotiating the credit bid cap. For example, allowing a credit bid of up to $50 million would exceed Romspen's claim. BNPC suggests that the amount of the credit bid be disclosed to the Court in camera and approved by the Court. In the alternative, the amount of the credit bid cap could be provided to the U.S. Trustee and subject to the approval of the U.S. Trustee as fair and equitable.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

*/s/ Stephen Sather*
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR BARRON & NEWBURGER**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Objection was served by first class mail, postage prepaid and properly addressed, on March 28, 2025 to all parties listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.

*/s/ Stephen Sather*
Stephen Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10119-smr<br>Western District of Texas<br>Austin<br>Mon Jun 24 13:41:54 CDT 2024 | 1001 WL, LLC<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ABC Home & Commercial<br>Services<br>11934 Barker Cypress Road<br>Cypress, TX 77433-1802 | Ali Choudhri<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033 | Ali Choudhri<br>2425 West Loop St., 11th Flr.<br>Houston, TX 77027 |
| Ameritrex Imaging & Services<br>PO Box 841511<br>Houston, TX 77284-1511 | BDFI, LLC<br>1001 West Loop S Ste 700<br>Houston, TX 77027-9033 | BDFI, LLC<br>2425 West Loop South, Suite 1100<br>Houston, TX 77027-4210 |
| BDFI, LLC<br>c/o Mark A. Junell<br>The Junell Law Firm, PC<br>746 Country Lane<br>Houston, TX 77024-5508 | Baker Botts, LLP<br>98 San Jacinto Suite 1500<br>Austin, TX 78701-4297 | Boxer Property Management<br>Corporation<br>7324 SW Freeway Suite 1900<br>Houston, TX 77074-2057 |
| Boxer Property Management Corporation<br>7324 Southwest Freeway<br>Suite 1900<br>Houston, TX 77074-2057 | CFI Mechanical, Inc.<br>6109 Brittmoore Rd<br>Houston, TX 77041-5610 | Capital Premium Financing<br>PO Box 667180<br>Dallas, TX 75266-7180 |
| Chaudhri, Ali<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Cirro<br>PO Box 2229<br>Houston, TX 77252-2229 | City of Houston Water<br>PO Box 1560<br>Houston, TX 77251-1560 |
| Cleaning Advanced Systems, LLC<br>Pavlock Law Firm, PLLC<br>6345 Garth Road 110-122<br>Baytown, TX 77521-5625 | Cleaning Advances Service<br>110 Cypress Station Suite 111<br>Houston, TX 77090-1626 | Comcast<br>9602 S 300 W Suite B<br>Sandy, UT 84070-3336 |
| Datawatch Systems<br>4520 East West Highway 200<br>Bethesda, MD 20814-3382 | Drew Dennett<br>2450 Wickersham Lane, Suite 202<br>Austin, TX 78741-4744 | Environmental Coalition Inc.<br>Po Box 1568<br>Stafford, TX 77497-1568 |
| FirePro Tech<br>6830 N Eldridge Pkwy Suite 110<br>Houston, TX 77041-2635 | FireTron Life Safety Solutions<br>PO Box 1604<br>Stafford, TX 77497-1604 | Fluid Meter Sales & Service,<br>Inc.<br>1303 Steele Drive<br>Friendswood, TX 77546-2018 |
| GFS Industries<br>24165 IH 10 W Suite 217<br>San Antonio, TX 78257-1160 | Galleria Note Holder, LLC<br>c/o James Pope<br>6161 Savoy Drive Suite 1125<br>Houston, TX 77036-3343 | Harcon Mechanical<br>Contractors<br>9009 W Little York<br>Houston, TX 77040-4113 |

| | | |
|---|---|---|
| Harris County Tax Assessor<br>PO Box Box 77210-4633 | JLM Law Firm<br>2921 E 17th Street Bldg D Suite 6<br>Austin, TX 78702-1595 | Jetall Companies<br>1001 W Loop S Suite 700<br>Houston, TX 77027-9033 |
| Jetall Companies, Inc.<br>2425 West Loop South Suite 1100<br>Houston, TX 77027-4210 | Kings 111<br>751 Canyon Drive Suite 100<br>Coppell, TX 75019-3857 | Lloyd E Kelly<br>2726 Bissonnet Suite 240<br>Houston, TX 77005-1352 |
| Mark C. Taylor, Special Litigation Counsel<br>Holland & Knight LLP<br>100 Congress Avenue, Suite 1800<br>Austin, Texas 78701-4042 | Meyerland Glass Company<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Morsco Supply, LLC<br>6867 Wynwood Lane<br>Houston, TX 77008-5023 |
| Mueller<br>1500 Sherwood Forest Drive<br>Houston, TX 77043-3899 | Nationside Investigations &<br>Security<br>2425 W Loop S Suite 300<br>Houston, TX 77027-4207 | Pieper Houston Electric, LP<br>1708 Oak Tree<br>Houston, TX 77080-7240 |
| Rapp Krock<br>1980 Post Oak Blvd Suite 1200<br>Houston, TX 77056-3970 | Ringcentral<br>PO Box 734232<br>Dallas, TX 75373-4232 | Sonder USA Inc.<br>c/o Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002-2832 |
| Sonder USA, Inc.<br>c/o Brooks Wilson<br>Kean Miller<br>711 Louisiana Street Suite 1800<br>Houston, TX 77002-2832 | T&R Mechanical<br>21710 White Oak Drive<br>Conroe, TX 77306-8848 | TIG Romspen US Master Mortgage LP<br>c/o Bryan Cave Leighton Paisner LLP<br>Attn: Kyle S. Hirsch<br>2200 Ross Avenue, 4200W<br>Dallas, TX 75201-2763 |
| TIG Romspen US Master Mortgage LP<br>c/o Locke Lord LLP<br>Attn: W. Steven Bryant<br>300 Colorado Street, Ste. 2100<br>Austin, Texas 78701-4890 | TIG Romspen US Master Mortgage, LP<br>162 Cumberland Street Suite 300<br>Toronto, Ontario M5R 3N5 | TKE<br>3100 Interstate North Cir SE Ste. 500<br>Atlanta, GA 30339-2296 |
| The Hanover Insurance Group<br>(GL & Prop)<br>PO Box 580045<br>Charlotte, NC 28258-0045 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wate Management<br>PO Box 660345<br>Dallas, TX 75266-0345 |
| Xavier Educational Academy, LLC<br>c/o Beau H. Butler<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Xavier Educational Academy, LLC<br>c/o Genevieve M. Graham<br>1401 McKinney St 1900<br>Houston Tx 77010-4037 | Zindler Service Co<br>2450 Fondren Suite 113<br>Houston, TX 77063-2314 |
| Mark Curtis Taylor<br>Holland & Knight<br>100 Congress Ave<br>Suite 1800<br>Austin, TX 78701-4042 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)1001 WL, LLC<br>2450 Wickersham Ln<br>Suite 202<br>Austin, TX 78741-4744 | (u)See Attached | End of Label Matrix<br>Mailable recipients   58<br>Bypassed recipients    2<br>Total                 60 |